SCOTT BURNS D-99247
CALIFORNIA STATE PRISON SAN QUENTIN
3-N-73-U
SAN QUENTIN, CA. 94964



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


**ORIGINAL**


| | |
|---|---|
| SCOTT S. BURNS ) <br> PETITIONER (IN PRO PER ) <br> ) <br> ) <br> -V- ) <br> ) <br> ) <br> B. CURRY WARDEN, et al ) <br> RESPONDENTS ) <br> ) <br> _____ ) | CASE NO. C. 08-0163 PJH (PR) <br><br> RE: PETITION FOR WRIT OF HABEAS <br>     CORPUS UNDER 28 U.S.C. § 2254 <br><br> RE: NOTICE OF ADDRESS CHANGE <br>     PER LOCAL RULES OF THE COURT. <br><br> RE: PER COURT RULES I AM MAILING <br>     ONE ORIGINAL PLUS TWO COPIES <br>     AND PRE-ADDRESSED POSTAGE-PAID <br>     ENVELOPE SO I CAN RECEIVE A <br>     CONFORMED COPY FOR MY RECORDS. <br><br> RE: PER COURT RULES I HAVE SENT <br>     A COPY OF THIS DOCUMENT TO <br>     THE RESPONDENTS. <br>     (THE ATTORNEY GENERAL OFFICE) |

1 OF 3

DEAR CLERK OF THE COURT:

      I AM OFFICIALLY NOTIFYING THE COURT THAT MY MAILING ADDRESS HAS CHANGED, MY NEW ADDRESS IS TYPED BELOW.

**NEW ADDRESS**

SCOTT BURNS D-99247
CALIFORNIA STATE PRISON SAN QUENTIN
3-N-73-U
SAN QUENTIN , CA. 94964

DATE: FEBRUARY 27 2008

RESPECTFULLY SUBMITTED,

_Scott Burns_
SCOTT BURNS (IN PRO PER)
PETITIONER.

2 OF 3

# DECLARATION OF SERVICE BY MAIL

I, __SCOTT BURNS__, the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

> CDC No. __D-99247__   Housing __N-73-U__
> San Quentin State Prison
> San Quentin, CA 94974

On __2/27/__, __08__, I served the following document(s):
    Month/Day     Year

__NOTICE OF ADDRESS CHANGE__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

| | |
|---|---|
| OFFICE OF THE CLERK | EDMUND G. BROWN JR. |
| NORTHERN DISTRICT OF CALIFORNIA | OFFICE OF THE ATTORNEY GEN. |
| | 1300 I. STREET SUITE 125 |
| 450 GOLDEN GATE AVENUE | P.O. BOX 944255 |
| SAN FRANCISCO, CA. 94102 | SACRAMENTO, CA. 94244-2550 |

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __27__ day of __February__, __2008__, at San Quentin, CA, County of Marin.

_____
Signature of declarant



SCOTT BURNS D-99247
CALIFORNIA STATE PRISON SAN QUENTIN
3-N-73-U
SAN QUENTIN, CA. 94964

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA. 94102

CONFIDENTIAL LEGAL MAIL

CONFIDENTIAL LEGAL MAIL